IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMOURY ALY, | § | |
| | § | |
|     *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-275-FB |
| | § | |
| KRISTI NOEM, Secretary of the Department of | § | |
| Homeland Security; ICE; and WARDEN, Karnes | § | |
| County Immigration Processing Center, | § | |
| | § | |
|     *Respondents*. | § | |

## ORDER REQUIRING FILING OF REPLY AND STATUS OF CASE ADVISORY

Before the Court is the status of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1), originally filed *pro se* by Petitioner Samoury Aly,[1] A# Number: 246-903-340, on January 8, 2026. Since that time, the Federal Respondents filed their Response to the Petition on March 30, 2026 (ECF No. 11), noting the recent Fifth Circuit Court of Appeals decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026), and advising the Court that on January 29, 2026, Petitioner was ordered removed to Mauritania and an appeal of that order was pending. On June 13, 2026, a Notice of Appearance was filed by Rose M. Thompson advising the Court she now represents the Petitioner in this case.

Based on the foregoing, IT IS HEREBY ORDERED that counsel for the Petitioner **shall file within 5 days** of the date of service of this Order a **Reply** to the Federal Respondents' Response addressing the arguments and legal authorities contained therein **and an Advisory** to the Court providing an update on the status of the case and the appeal.

---

[1] There seems to be confusion as to the spelling of Petitioner's first or given name: the Petition and Civil Cover Sheet shows it as Somoury as does the style of the case used in the initial filings, but the NTA and the Order of the Immigration Judge attached to the Respondents' Response shows it as Samoury as does the Notice of Appearance (ECF No. 16). The Court will use the spelling on the NTA and by petitioner's counsel until advised to the contrary.

IT IS FURTHER ORDERED that **any possible or anticipated transfer of Petitioner Samoury Aly is IMMEDIATELY STAYED[2] until further order from this Court.  Respondents shall not transfer Petitioner Samoury Aly outside of this judicial district during the pendency of this litigation and until further Order of this Court.**  Of course, this order does not stay this case or any order of removal and/or the removal proceedings and does not preclude Respondents from taking necessary steps to effect Petitioner's removal.  Instead, only the physical transfer of the Petitioner is stayed at this time.

It is so ORDERED.

SIGNED this 15th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[2]  *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").